IN RE APPLICATIONS OF MCGRAW FOR REGISTRATION AS A CANDIDATE FOR ADMISSION TO THE PRACTICE OF LAW AND TO TAKE THE BAR EXAMINATION.

[Cite as In re Applications of McGraw (1989), 42 Ohio St. 3d 172.]

(No. C.F. 88-1—Submitted March 8, 1989—Decided May 10, 1989.)

*Rees Davis,* for applicant.
*O. Nadine Van Dyke,* for the Columbus Bar Association.

*Per Curiam.* This court has reviewed the record and concurs in the report of the board. The applicant's applications for registration and examination are disapproved. He may reapply after one year from the date of this order.

*Order accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.